**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Xinhua WANG, a/k/a William Wang, Defendant–Appellant.**

No. 01–7129.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Jan. 24, 2002.

Xinhua Wang, Appellant Pro Se. Thomas Higgins McQuillan, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Xinhua Wang seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinions and find

no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wang,* Nos. CR–99–279–A; CA–01–293–AM (E.D. Va. Mar. 1, 2001 & May 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*